IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA D. BORDNER,<br><br>    Plaintiff,<br><br>  v.<br><br>SAFEWAY INC.,<br><br>    Defendant.<br>_____ / | No. C 13-05499 JSW<br><br>**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment which has been noticed for hearing on Friday, January 16, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 6, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE